**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Silver Diner Development, LLC
_____          *
    **Plaintiff,**
                                           *

    **v.**                                     **Case No.** _____
                                           *
Commercial Food Service Repair, Inc.
_____          *
    **Defendant.**                            *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐ I certify, as party/counsel in this case that _____
                                                    (name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association,
partnership or other business entity, not a party to the case, has a financial interest in the outcome
of this litigation as defined in Local Rule 103.3 (D. Md.).

■ The following corporate affiliations exist with Silver Diner Development, LLC ___:
                                                    (name of party)

See Attached
_____.
                        (names of affiliates)

■ The following corporations, unincorporated associations, partnerships or other business
entities which are not parties may have a financial interest in the outcome of this litigation:

See Attached
_____.
            (names of entities with possible financial interests)

Disclosure of Corporate Interest

■ In a case based on diversity jurisdiction, the following is a list of all members of

Silver Diner Development, LLC
_____ and their states of citizenship:
(name of LLC party)

## Silver Diner, Inc.
(name of member)

## Silver Diner Holdings, Inc.
(name of member)

_____
(name of member)

_____
(name of member)

## Delaware; Maryland
(state of citizenship)

## Delaware
(state of citizenship)

_____
(state of citizenship)

_____
(state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

5/20/2020
_____
Date

_____
Signature

William A. Goldberg, 16512
_____
Printed name and bar number

7600 Wisconsin Ave., Ste. 700, Bethesda, MD 20814
_____
Address

wagoldberg@lerchearly.com
_____
Email address

301-907-2813
_____
Telephone number

301-347-3743
_____
Fax number

2

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
(Greenbelt Division)

| | |
|---|---|
| SILVER DINER DEVELOPMENT, LLC ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Case No.: |
| ) | |
| COMMERCIAL FOOD SERVICE REPAIR, ) | |
| INC., d/b/a Tech 24 ) | |
| ) | |
| *Defendant.* ) | |

## DISCLOSURE OF CORPORATE INTEREST ATTACHMENT

Plaintiff Silver Diner Development, LLC, through undersigned counsel, supplements its Disclosure of Corporate Interest as follows:

The following corporate affiliations exist with Silver Diner Development, LLC:

1. Silver Diner, Inc.

2. Silver Diner Holdings, Inc.

3. Silver Diner Frederick, LLC

4. Silver Cathedral Commons, LLC

5. Silver Diner Rockville, LLC

6. Silver Diner Waldorf, LLC

7. Silver Bethesda, LLC

8. Silver Diner, LLC

9. Silver Diner Limited Partnership

10. Silver Diner Metro, LLC

11. Silver Diner Columbia, LLC

12. Silver Diner Woodmore, LLC

13. Silver Diner Alexandria, LLC

14. Silver Diner Ashburn, LLC

15. Silver Diner Rio Washingtonian, LLC

16. Silver Diner BWI, LLC

17. Silver Diner of Laurel, Inc.

18. Metro Silver Diner Annapolis, LLC

19. Silver Diner Potomac Mills, Inc.

20. Goode Partners Consumer Fund II, L.P.

21. Goode Silver Diner Holdings LLC

22. Goode Silver Diner Co-Investors LLC

23. Robert Giaimo Development, Inc.

The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

1. Silver Diner, Inc.

2. Silver Diner Holdings, Inc.

3. Silver Diner Frederick, LLC

4. Silver Cathedral Commons, LLC

5. Silver Diner Rockville, LLC

6. Silver Diner Waldorf, LLC

7. Silver Bethesda, LLC

8. Silver Diner, LLC

9. Silver Diner Limited Partnership

3679700.1                                                                                                      93032.001

10. Silver Diner Metro, LLC

11. Silver Diner Columbia, LLC

12. Silver Diner Woodmore, LLC

13. Silver Diner Alexandria, LLC

14. Silver Diner Ashburn, LLC

15. Silver Diner Rio Washingtonian, LLC

16. Silver Diner BWI, LLC

17. Silver Diner of Laurel, Inc.

18. Metro Silver Diner Annapolis, LLC

19. Silver Diner Potomac Mills, Inc.

20. Goode Partners Consumer Fund II, L.P.

21. Goode Silver Diner Holdings LLC

22. Goode Silver Diner Co-Investors LLC

23. Robert Giaimo Development, Inc.

Respectfully submitted,

LERCH, EARLY & BREWER, CHARTERED

/s/ _____
William A. Goldberg (Bar No. 16512)
Joshua C. Schmand (Bar No. 19418)
7600 Wisconsin Ave, Suite 700
Bethesda, Maryland 20814
(301) 907-2813 (phone)
(301) 347-3743 (facsimile)
wagoldberg@lerchearly.com
jcschmand@lerchearly.com
*Counsel for Silver Diner Development, LLC*

3