**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

|  |  |  |
|---|---|---|
| **SILVER DINER DEVELOPMENT, LLC** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No.:  8:20-cv-01295 (GLS) |
| | ) | |
| **COMMERCIAL FOOD SERVICE REPAIR,** | ) | |
| **INC., d/b/a Tech 24** | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## FIRST AMENDED COMPLAINT AND JURY DEMAND

Plaintiff Silver Diner Development, LLC ("Silver Diner" or "Plaintiff"), for its First Amended Complaint against Defendant Commercial Food Service Repair, Inc. d/b/a Tech 24 ("Tech 24" or "Defendant"), through undersigned counsel, states as follows:

1.      Tech 24 intentionally, and with actual malice, flooded the grease traps outside of multiple Silver Diner restaurant locations in Maryland and Virginia with raw sewage and/or grease water after Silver Diner terminated its business relationship with Tech 24 and replaced it with a different service provider.  Unbeknownst to Tech 24, Silver Diner security cameras captured four (4) of the illegal dumping episodes, although Tech 24's retaliatory actions were not limited to those sites or only those captured on camera. Tech 24's actions have caused Silver Diner substantial damages as alleged herein.

## PARTIES

2.      Silver Diner is a Virginia LLC with its principal place of business located at 12276 Rockville Pike, Rockville, Maryland 20852.  Silver Diner is a restaurant chain with nineteen (19) locations across Maryland, Virginia, the District of Columbia, and New Jersey.

3.      Commercial Foodservice Repair, Inc. d/b/a Tech 24 ("Tech 24") is a South Carolina corporation with its principal place of business located at 410 East Washington Street, Greenville, South Carolina 29601. Tech 24 does business nationally, including in suburban Maryland, providing commercial services to restaurants.

## JURISDICTION AND VENUE

4.      The Court has subject matter jurisdiction based on 28 U.S.C. § 1332 because the Plaintiff and Defendant are residents of different states and the amount in controversy exceeds $75,000.  The Court also has personal jurisdiction over Tech 24 because it operates in Maryland and the intentional acts alleged herein occurred, in part, in Maryland.

5.      Venue is proper pursuant to 28 U.S.C. § 1391 because a substantial part of the events giving rise to claim occurred in this district and/or a substantial part of property that is the subject of the action is situated here.  As alleged below, the illegal trespass and dumping at Silver Diner's Rockville location, which completely destroyed the grease trap there, necessitating its replacement, was a significant part of Tech 24's retaliatory scheme and caused Silver Diner significant damages.

## COMMON FACTS

6.      Grease traps are large underground storage receptacles, capable of holding 1500-2000 gallons of liquid.  The units, also known as grease interceptors, are critical to restaurants as they collect and segregate fats, oils, and grease generated in the operation of a commercial food establishment, and prevent these materials from entering the public septic system.  These traps must be emptied on a regular basis for a restaurant to operate, and the removal and handling of its contents are highly regulated by state environmental authorities because the contents cannot be mixed with the public septic system or allowed to enter aqueducts leading to public waterways.

Indeed, once removed from the traps, the grease water must be emptied at dedicated government facilities with detailed manifests necessary to account for the contents.

7.    Some of the material collected in the grease traps (i.e., excess waste grease) is rendered and recycled and may be used in the preparation of commercially available food products. For this reason, among others, it is critical that a restaurant's sanitary waste system (i.e., bathroom waste) operate completely independent of, and bypass, the grease interception system. Silver Diner's sanitary waste system, like other restaurants, empties into the public sewage system.

8.    Separately, each Silver Diner restaurant is equipped with a stormwater management system, which collects rainwater from the asphalt and other impervious surfaces surrounding the restaurants to keep it out of the public sewage system.  Comprehensive state and federal environmental regulations require special treatment for this water because it flows into public waterways, including streams, rivers, and the Chesapeake Bay.

9.    For several years preceding this action, Tech 24 serviced the grease traps at several of Silver Diner's 19 restaurant locations, with a series of other vendors performing that service at the remaining locations.  Thereafter, in or about August 2018, Silver Diner decided to use one vendor, Sertec, LLC ("Sertec"), to service the grease traps at all of its locations, effectively terminating Silver Diner's business relationship with Tech 24.

10.    Not only did Tech 24 lose its valuable contract with Silver Diner, soon after the termination of that contract, unbeknownst to Silver Diner and outside of its control, several of Tech 24's employees applied for jobs and began to work for Sertec, performing the same tasks they had previously done for Tech 24.

11.    Having lost its contract and several of its employees to Sertec, Tech 24 initiated its retaliatory dumping campaign.

12.     First, in or about November 2018, intentionally and with actual malice, Tech 24 trespassed and dumped grease water and/or raw sewage into the grease trap at Silver Diner's Rockville location.  Tech 24 had serviced the grease trap at the Rockville location since 2009 and dumping in the manner that Tech 24 did in Rockville simply required the Tech 24 driver to connect a hose to a different valve on the truck than had been used to service the grease trap.

13.     Tech 24's illegal dumping at the Rockville, Maryland location was significant because, on information and belief, Tech 24 targeted Silver Diner's corporate headquarters. Specifically, Tech 24 purposefully chose to initiate its retaliatory dumping scheme at Silver Diner's corporate headquarters in Rockville to deliver a message to Silver Diner by showing Silver Diner's management the consequences of its decision to terminate its relationship with Tech 24.

14.     As a direct result of Tech 24 illegally trespassing and flooding the grease trap with grease water and/or raw sewage at the Rockville, Maryland location, the grease trap became clogged, which ultimately required Silver Diner to replace it so that the restaurant could continue to operate.  Tech 24 flooded the Rockville grease trap with so much effluent that not only was the grease trap destroyed, but the Washington Sanitary & Sewer Commission (WSSC) detected an abnormally large of amount of grease water downstream that was traceable back to Silver Diner.

15.     The replacement of the Rockville location's grease trap entailed excavating the large concrete receptacle, buried underground, from an area adjacent to the restaurant, causing considerable disruption and expense.  Indeed, the damages caused by having to replace this grease trap constitute a significant portion of the overall compensatory damages that Silver Diner suffered.

16.     Tech 24's illegal dumping at Rockville was also significant in that it was the only incident that required Silver Diner to have to completely replace its grease trap.

17.     Second, after Tech 24 trespassed and illegally dumped grease water and/or raw sewage in Rockville, Tech 24 continued its illegal, retaliatory scheme at multiple Silver Diner locations in Virginia.  On or about February 22, 2019, at Silver Diner's Merrifield, Virginia location, the restaurant noticed that raw, untreated sewage was flooding out of the restaurant's grease trap, spilling out into the adjacent parking lot.  *See* Exhibit 1.

18.     Thereafter, on Tuesday, January 7, 2020 at 3:39 am, a Tech 24 truck pulled up to the same Merrifield location.  As shown on security camera footage, a driver emerged from the truck and used a crow bar to remove the lid to the restaurant's grease trap, and proceeded to attach a hose of some sort before a pump was turned on and the grease trap flooded.  *See* Exhibits 2, 3, and 4.

19.     On or about November 24, 2019, at Silver Diner's Fair Oaks, Virginia location, the restaurant noticed that raw, untreated sewage was flooding out of the restaurant's grease trap, spilling out into the adjacent parking lot. *See* Exhibits 5 and 6.

20.     Thereafter, on Wednesday, January 8, 2020 at 3:43 am, a Tech 24 truck pulled up to the same Fair Oaks location.  As shown on security camera footage, a driver emerged from the truck and used a crow bar to remove the lid to the restaurant's grease trap, and proceeded to attach a hose of some sort before a pump was turned on and the grease trap flooded.  *See* Exhibits 7 and 8.

21.     Security cameras further show the presence of Tech 24 trucks at Silver Diner's Tyson's Corner location on May 24, 2019 at 4:22 am, and its Springfield, Virginia location on July 19, 2019 at 4:14 am.  *See* Exhibits 9 and 10.  Previously, raw sewage was detected in the grease traps at these two locations on November 6, 2019.

22.     Significantly, prior to its termination, Tech 24 serviced all five (5) locations referenced above.

23.     Silver Diner was the victim of many more retaliatory dumping incidents than those captured on camera.  In addition, at least one of the former Tech 24 employees who started working for Sertec admitted that Tech 24 had engaged in the dumping behavior described herein.

24.     Tech 24's illegal dumping constituted commercial sabotage and was done for the purpose, and with the intent, of injuring Silver Diner and punishing it for replacing Tech 24 as the vendor responsible for servicing its restaurants.  Tech 24 acted wantonly, oppressively, and/or with such malice as to demonstrate a malicious spirit.

25.     The circumstances surrounding the dumping episodes, including the fact that they occurred in the dark of night, at multiple locations, on successive days suggests that this was pre-meditated, intentional conduct, coordinated among multiple individuals, aimed to hurt Silver Diner and punish it for terminating its business relationship with Tech 24.

26.     But the damages Tech 24's conduct caused affected more than just Silver Diner. The intentional, illegal flooding of the grease traps (including raw, untreated bathroom waste) almost certainly resulted in pollution of public waterways, which is why state and federal authorities have been looking into this issue.  Indeed, when the raw sewage overflowed at the Merrifield and Fair Oaks locations, as shown in the attached exhibits, some of this waste undoubtedly entered public sewers leading to nearby streams.

27.     Thus, in addition to the physical damage to the grease traps that Tech 24 intended and knew would occur, Tech 24 also knew of the risk of environmental harm and the substantial threat that environmental regulators, and/or WSSC, would scrutinize and/or prosecute Silver Diner for the harm caused if untreated grease water (and/or raw and untreated sewage) entered public

6

waterways from the grease traps that Tech 24 intentionally flooded.  Similarly, to the extent that Tech 24 intentionally dumped untreated raw sewage into Silver Diner's grease traps in amounts that did not cause them to overflow, any such sewage likely ended up contaminating public infrastructure.

### COUNT I - TRESPASS

28.    Silver Diner re-alleges and incorporates herein by reference the allegations of paragraphs 1-27 of this Complaint.

29.    Tech 24 unlawfully, and without consent, entered land and other property owned by Silver Diner in both Maryland and Virginia, and interfered with Silver Diner's exclusive possession thereof by dumping into Silver Diner's grease traps sewage and/or grease water on multiple occasions throughout late 2018 and into early 2020.

30.    Tech 24's repeated trespasses in both Maryland and Virginia were intentional, without consent or license, and interfered with Silver Diner's exclusive use and possession of its property.

31.    Tech 24's trespasses were committed with actual malice designed to injure Silver Diner.

### COUNT II – TRESPASS TO CHATTELS

32.    Silver Diner re-alleges and incorporates herein by reference the allegations of paragraphs 1-27 of this Complaint.

33.    Tech 24 unlawfully, and without consent, entered land and other property owned by Silver Diner in both Maryland and Virginia and interfered with Silver Diner's exclusive possession thereof by dumping into Silver Diner's grease traps sewage and/or grease water on multiple occasions throughout late 2018 and into early 2020.

34.    Tech 24's repeated trespasses in both Maryland and Virginia were intentional, without consent or license, and interfered with Silver Diner's exclusive use and possession of its property.

35.    Tech 24's trespasses were committed with actual malice designed to injure Silver Diner.

WHEREFORE, Silver Diner Development, LLC respectfully requests that this Honorable Court enter its order:

(a)    Directing the entry of judgment in its favor and against Defendant;

(b)    Awarding compensatory damages in an amount in excess of Two-Hundred and Fifty Thousand Dollars ($250,000.00) to be proved at trial;

(c)    Awarding punitive damages in the amount of One Million Dollars ($1,000,000.00);

(d)    Awarding pre-judgment interest at the rate permitted by law, post-judgment interest at the legal rate from the date of entry of judgment until such time as the judgment is paid and satisfied in full, and costs of this action; and

(e)    Granting such further relief as this Court deems necessary and proper.

Dated: July 6, 2020

Respectfully submitted,

LERCH, EARLY & BREWER, CHARTERED

/s/ _____

William A. Goldberg (Bar No. 16512)
Joshua C. Schmand (Bar No. 19418)
7600 Wisconsin Ave, Suite 700
Bethesda, Maryland 20814
(301) 907-2813 (phone)
(301) 347-3743 (facsimile)
wagoldberg@lerchearly.com
jcschmand@lerchearly.com
*Counsel for Silver Diner Development, LLC*

## JURY DEMAND

Plaintiff hereby demands a jury trial for all claims so triable.

/s/
William A. Goldberg (Bar No. 16512)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of July 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

Eric Burns
H. Matson Coxe IV
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
8444 Westpark Drive, Suite 510
McLean, Virginia  22102
*Counsel for Defendant*

/s/
William A. Goldberg (Bar No. 16512)

9